IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00711-REB-MJW

GILBERT ANGERMANN, and
CLARE ANGERMANN,

Plaintiff(s),

v.

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a GENERAL STEEL CORPORATION,
JEFFREY KNIGHT,
NATHAN WRIGHT,
BRUCE GRAHAM,
LEE BASHORE,
STEVEN PAIGE,
JOHN VIVIAN,
JONAH GOLDMAN, and
WAYNE GASTON,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that **Defendants' Motion to Stay Discovery, Vacate, Scheduling/Planning Conference and Defer Fed. Civ. P. 16 Scheduling Process Pending Determination of Threshold Arbitration Issues** (docket no. 12) is GRANTED finding that in the interest of judicial economy the Rule 16 Scheduling Conference should be deferred until District Judge Blackburn rules on the pending Defendants Motion to Compel, Arbitration and for a Stay Pursuant to the Federal Arbitration Act (docket no. 10). The Rule 16 Scheduling Conference set on July 22, 2010, at 9:00 a.m. is VACATED.

It is FURTHER ORDERED that the parties shall file a joint written status report with the court on the first day of each month beginning September 1, 2010, on the status of Defendants Motion to Compel, Arbitration and for a Stay Pursuant to the Federal Arbitration Act (docket no. 10).

Date: July 20, 2010