**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00711-REB–MJW

ROANE CHAPEL FULL GOSPEL BAPTIST CHURCH, INC., a Texas nonprofit corporation,
DR. BERT KORHONEN, an individual,
GILBERT ANGERMANN, and
CLARE ANGERMANN, individuals, on behalf of themselves and all other similarly situated persons,

    Plaintiffs,

v.

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL CORPORATION, a Colorado limited liability company,
JEFFREY KNIGHT,
NATHAN WRIGHT,
BRUCE GRAHAM,
LEE BASHORE,
STEVEN PAIGE,
JOHN VIVIAN,
JONAH GOLDMAN, and
WAYNE GASTON,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal** [#22][1] filed November 2, 2012. After reviewing the stipulation and the file, I conclude that the clerk of the court should reopen this case, which was administratively closed on November 8, 2010, *see* **Order Granting Defendants' Motion To Compel Arbitration and For a Stay Pursuant To The Federal Arbitration Act** [#21], that the stipulation should be

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

approved, and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action;

2. That the **Stipulation of Dismissal** [#22] filed November 2, 2012, is **APPROVED**; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 5, 2012, at Denver, Colorado.

                                      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge